In the Matter of the Judicial Settlement of the Estate of ILLIE HOYT, Deceased. — Decree and order of the Surrogate's Court of Orange county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

EDMUND A. KAVANAGH, Respondent, v. MICHAEL J. MULQUEEN, Appellant.— Judgment and order unanimously affirmed, with costs. We think the evidence presented a question of fact for determination by the jury as to whether the plaintiff was the procuring cause of the sale. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JOHANNA MARION, as Administratrix, etc., of CHARLES A. MARION, Deceased, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order reversed upon the law, and new trial granted, with costs to abide the event. While the evidence may be regarded as sufficient to present a question of fact for the jury, as to whether plaintiff's intestate was visible upon the track, some distance ahead of the motorman, and as to his failure to exercise reasonable care to avoid injuring him under the circumstances, it was insufficient to justify the submission of the question of willful, reckless and wanton conduct upon the part of the motorman. (*Kretik* v. *N. Y. Central R. R. Co.*, 227 N. Y. 474.) Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

WILLIAM J. MORGAN, Respondent, v. WILLIAM G. HAMILTON, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MICHAEL NAFTAL, Appellant, v. CECILIE ULLMAN and Another, Respondents.— Judgment modified by striking therefrom the additional allowance of $100 granted to the defendant Ullman, and as so modified unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

JAMES F. NUNO, Respondent, v. NUGENT CONSTRUCTION CORPORATION, Appellant.— Order granting plaintiff's motion for summary judgment, and judgment entered upon such order, reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We think the answer presented an issue to be determined on the trial. Kelly, P. J., Jaycox, Young and Kapper, JJ., concur; Manning, J., dissents.

WILLIAM J. O'MARA, Appellant, v. J. B. WALLACE Co., INC., and Others, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. JAMISON, Appellant.— Judgment of conviction of the Court o Special Sessions affirmed on authority of *People* v. *Kaye* (160 App. Div. 644; affd., 212 N. Y. 407). Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MCLAUGHLIN, Appellant.— Judgment of conviction of the County Court of Kings county affirmed, pursuant to section 542 of the Code of Criminal Procedure. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.